### LAWRENCE C. HERSH
ATTORNEY AT LAW
17 Sylvan Street, Suite 102b
Rutherford, New Jersey  07070

*ADMITTED NJ, NY, CA, AND IL

*REGISTERED U.S. PATENT AND TRADEMARK OFFICE

Tel:  (201) 507-6300
Fax: (201) 507-6311
email:  lh@hershlegal.com

February 5, 2024

*Via ECF*
The Hon. Ann Marie Donio, U.S.M.J.
Mitchell H. Cohen Building
& U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

> Re:   Duoung v. Pressler Felt and Warshaw
>         Case No. 1:22-cv-05630-KMW-AMD

Dear Judge Donio:

Plaintiff submits this joint status letter on behalf of the parties as a follow-up to the last telephone status conference with the Court regarding the briefing schedule for the parties' respective motions for summary judgment.

During that last conference, Defendant suggested that the motions for summary judgments be filed as cross-motions, with Plaintiff filing the initial motion for summary judgment, Defendant responding filing opposition and its cross-motion for summary judgment, Plaintiff filing its Opposition and Reply, and then Defendant filing its Reply in support of its cross-motion, with each party filing only two briefs rather than three.   The parties have subsequently agreed to this format, with the proposed briefing schedule as follows:[1]

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment | February 20, 2024 |
| Defendant's Opposition and Cross-Motion | March 21, 2024 |
| Plaintiff's Reply and Opposition to Cross-Motion | April 18, 2024 |
| Defendant's Reply | May 2, 2024 |

The foregoing schedule is subject to the outcome of Plaintiff's pending discovery dispute motion/letter regarding objections at Defendant's 30b(b)(6) deposition filed on January 18, 2024 and currently pending before Your Honor.  (Dkt. No. 34).

---

[1] Given the modified briefing format for cross-motions for summary judgment, and other scheduling issues, the parties request the briefing begin on February 20, rather than February 9 as originally set by the Court.

The Hon. Ann Marie Donio U.S.M.J.
February 5, 2024
Page 2


Thank you for your consideration.

Very truly yours,


/s/Lawrence Hersh
Lawrence Hersh

.