**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

|  |  |
|---|---|
| THANG DUONG, *on behalf of himself and all others similarly situated*,<br><br>    *Plaintiff,*<br><br>       v.<br><br>PRESSLER FELT & WARSHAW, LLP,<br><br>    *Defendant.* | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 22-5630 (KMW-AMD)<br><br><br>**ORDER** |

**WILLIAMS, District Judge:**

THIS MATTER comes before the Court on Defendant Pressler Felt & Warshaw, LLP's ("Defendant") Motion for Summary Judgment (Dkt. No. 66) pursuant to Fed. R. Civ. P. 56. Plaintiff Thang Duong ("Plaintiff") opposes the motion. (Dkt. No. 67.) The Court, having considered the Parties' submissions without oral argument pursuant to L.Civ.R. 78.1(b); for the reasons set forth in the accompanying Opinion of even date; and for good cause shown,

IT IS on this 28th day of **February 2026**, hereby

ORDERED that Defendant's Motion for Summary Judgment (Dkt. No. 66) is **GRANTED**; and further

ORDERED that the Clerk of Court is directed to mark this matter as **CLOSED**.

*Karen M. Williams*

KAREN M. WILLIAMS
UNITED STATES DISTRICT JUDGE